The court having ordered on August 27, 2015, that the unclaimed funds are to be remitted to the Chapter 13 Trustee, the Trustee's motion is denied as moot.

**DENIED AS MOOT.**
**SIGNED this 9th day of September, 2015**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## NORTHERN DIVISION

IN RE:  **SCOTT ALLAN ABBOTT**                                         **#14-30016-SHB**
          **LISA ANN ABBOTT**                                              Chapter 13
Debtor(s).

------------------------------------------------------------------------------------------------------------------

### ORDER FOR FUNDS TO BE PAID TO THE CHAPTER 13 TRUSTEE

Pursuant to the Motion by Chapter 13 Trustee for Return of Unclaimed Funds, it is hereby

ORDERED the Clerk of the Court shall issue a check payable to the Chapter 13 Trustee in the amount of $6,396.25 and delivered to the Chapter 13 Trustee's Office.

###

**APPROVED FOR ENTRY:**

/s/ Gwendolyn M. Kerney w/perm by mgb
GWENDOLYN M. KERNEY, #007280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
865-524-4995